Vincent W. Davis, Esq. (SBN 125399)
Edna V. Wenning, Esq. (SBN 130377)
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446.6442
Fax: (626) 446.6454
edna@vincentwdavis.com

Attorneys for Plaintiff SHIELA MAYFIELD,
D.C.M. a minor, and through his Guardian ad litem
SHIELA MAYFIELD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIELA MAYFIELD, D.C.M., a Minor, by and through his Guardian Ad Litem, SHIELA MAYFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; STEPHANIE CARPENTER, an individual; LESLIE L. GOWDY, and individual and KATRINA R. BRUZZEESE, an individual  and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:19-cv 01298 FMO (SKx)<br>Assigned to the Honorable Fernando M. Olguin<br><br>**NOTICE OF PETITION AND PETITION TO APPROVE COMPROMISE OF MINOR D.C.M.'S CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHIELA MAYFIELD; DECLARATION OF EDNA V. WENNING IN SUPPORT OF PETITION; [PROPOSED] ORDER**<br><br>Judge: Hon. Fernando M. Olquin<br>Ctrm:  6D<br>Date:   August 20, 2020<br>Time:  10:00 a.m. |

- 1 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR
ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to *Local Rule 17-1.2, 17-1.3 California Civil Code* §372, and *California Rule of Court* 3.1384, Plaintiff SHIELA MAYFIELD, D.C.M., a Minor, by and through his *Guardian Ad Litem,* SHIELA MAYFIELD ("Plaintiff") will and hereby do petition the Court to approve and confirm the compromise of Plaintiff minor's claim against Defendants COUNTY OF LOS ANGELES, by and through the Los Angeles County Department of Children and Family Services; STEPHANIE CARPENTER, an individual; LESLIE L. GOWDY, an individual and KATRINA R. BRUZZEESE, an individual.

The hearing on the instant petition will be set for August 20, 2020 at 10:00 a.m. in Courtroom 6D, 6th floor of the above-captioned Court.

Good cause exists for the Plaintiff to bring this petition because Plaintiff, (and each of them), have entered into a full and final settlement of this action for the total sum of $425,000 to be divided between the plaintiff(s) as follows: $212,500.00 to SHIELA MAYFIELD and $212,500.00 to the minor D.C.M. The Plaintiff D.C.M. is a minor, and therefore authorization from this Court is required to approve and confirm the settlement as to him.

This application is based upon the Memorandum of Points and Authorities, the Declaration of SHIELA MAYFIELD, Declaration of Edna V. Wenning filed herewith, the exhibits attached thereto, and all argument presented at the time of hearing, if any.

Dated: July 20, 2020

LAW OFFICE OF VINCENT W. DAVIS & ASSOCIATES

By: _____
Vincent W. Davis, Esq.
Edna V. Wenning, Esq.
Attorneys for Plaintiff

- 2 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et al.
Case No. 2:19-cv-01298 FMO (SKx)

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Plaintiff filed this lawsuit seeking redress for violation of their civil rights based on the misconduct of defendant social workers proximately exposing minor plaintiff to sexual abuse of his father who was awarded sole custody of minor upon assistance and recommendations of defendant Stephanie Carpenter thereby causing further prolonged sexual abuse of minor during the course of a juvenile dependency investigation. Plaintiff alleges that social workers – including Defendants Stephanie Carpenter, Katrina Bruzeesee and Leslie Gowdy – exposed minor D.C.M. to sexual abuse of his father Conley, assisted in and/or presented fabricated evidence and testimony to the Juvenile Court resulting in the Court's awarding sole custody of the minor child to his abusive father and engaged in speculative and baseless attacks on Plaintiff Shiela accusing her of coaching the minor plaintiff during the investigation in order to award sole custody of the minor to the abusive perpetrator Conley which was in violation of Plaintiff's right to be free from interference with familial association under the 14th Amendment and 4th Amendment of the U.S. Constitution. Specifically, Defendant Carpenter accused Shiela Mayfield of coaching Minor Plaintiff D.C.M. who manifested signs of sexual abuse for several years. Defendant Carpenter minimized the sexually abusive conduct of Conley, presented fabricated evidence to the Juvenile Court resulting in the perpetrator being awarded sole custody of the minor child exposing him to further sexual abuse. After several years, an investigation was conducted proving that minor plaintiff was indeed sexually abused by his father who had a dating relationship with defendant Carpenter. D.C.M. was sexually abused by his own father. Plaintiff Shiela and D.C.M. sustained emotional trauma resulting from defendants' violation of plaintiff's rights under the 4th and 14th amendments of the Constitution. The minor suffers from post-traumatic disorder requiring constant counseling.

- 3 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

The lawsuit was finally settled on June 16, 2020 for $425,000 following a settlement conference before the Hon. Patrick Walsh.

1.    **LOCAL RULE 17-1.2 REQUIRES COURT APPROVAL OF MINORS' COMPROMISES**

*Local Rule 17-1.2* states:

> **Minors or Incompetents—Settlement of Claim of Minor.** No claim in any action involving a minor or incompetent person shall be settled, compromised, or dismissed without leave of Court embodied in an order, judgment or decree.

*Local Rule 17-1.3* goes on to elaborate:

> **Minors or Incompetents—Settlement of Claim Procedure.** Insofar as practicable, hearings on petitions to settle, compromise, or dismiss a claim in an action involving a minor or incompetent person shall conform to *Cal. Civ. Proc. Code Section* 372 and *California Rule* 3.1384.

*C.C.P.* § 372 and *CRC Rule* 3.1384 provide for a statutory scheme for court oversight and approval of minor's compromises as manifested in Judicial Council form MC-350. However, it is believed that it would be inappropriate to file said form MC-350 in this federal proceeding so the following petition reflects the essential elements of said form so that this Court may provide its oversight and approval.

2.    **THE GENERAL NATURE OF PLAINTIFFS' CLAIMS**

In July 2012, defendant Carpenter, a social worker employed by defendant County of Los Angeles, investigated allegations of sexual abuse of D.C.M. by his father Conley. After conducting her investigation, Carpenter filed a petition accusing Mayfield that she caused D.C.M. to falsely allege sexual abuse against Conley and these ongoing false allegations endangered the minor's health and safety. Carpenter submitted a Detention report to the juvenile court which was relied upon by the Court and dependency

- 4 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

investigator resulting in removal of the minor child from his mother and awarding sole custody to the father Conley.  On April 11, 2014, joint custody was granted to the parents.  Two years later, the minor child revealed to Mayfield that his father was dating Carpenter and that Carpenter coached the minor during the 2012 dependency proceedings and for his trial testimony.  On May 6, 2016, a petition was filed on behalf of the child alleging sexual abuse of D.C.M. by Conley, and that the minor was coached by Carpenter to lie in the previous dependency case.  Carpenter's coaching and use of her access to CSW files to coach Conley and avoid prosecution for sexual abuse also resulted in Conley obtaining sole custody of minor child resulting in further abuse leading to permanent and lasting psychological damages to minor child, separation of mother and child, and violation of plaintiff's civil rights guaranteed by the Constitution.

3.    **PLAINTIFF   SEEKS   COURT   APPROVAL   OF   THE   PENDING
       SETTLEMENT FOR MINOR D.C.M.**

Plaintiff Shiela Mayfield, on her own part and as guardian ad litem for D.C.M. and by and through her counsel of record, has made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident in which the claimants, Shiela Mayfield and minor plaintiff D.C.M. sustained injuries and civil rights violations; the responsibility for the incident; and the nature, extent, and seriousness of the claimant's injuries. Plaintiff fully understands that if the compromise proposed in this petition is approved by the Court and is consummated, the claimants will be forever barred from seeking any further recovery of compensation from the settling Defendants named below even though the claimants' injuries may in the future appear to be more serious than they are now thought to be.

4.    **THE AMOUNT AND THE TERMS OF THE SETTLEMENT**

By way of settlement, the Defendants County of Los Angeles, and any and all of its employees, agents, attorneys, and representatives, including but not limited to

- 5 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

individually named defendants Stephanie Carpenter, Katrina Bruzzeese, and Leslie Gowdy have agreed to pay the total amount of $425,000.00 to Plaintiff.

The terms of the settlement and retainer agreement provide that the settlement is to be paid in full after the deduction of attorneys' fees and costs. (Mayfield Decl., ¶ 4) Payment will be made via settlement draft(s) in the total sum of $425,000 to Plaintiff Shiela Mayfield, D.C.M. a minor, by and through his Guardian ad litem, Shiela Mayfield through their counsel of record, the Law Offices of Vincent W. Davis & Associates' Client Trust Account. Defendants indicated that the settlement requires Board approval. Based on information and belief, defendants will exert their best efforts to seek approval from the Board of this settlement and will recommend approval of this settlement. Plaintiff is not aware of any medical liens on the recovery in this action.

## 5.   ATTORNEYS' FEES AND COSTS
### PAYABLE FROM THE SETTLEMENT

Plaintiff Shiela Mayfield is an adult and her share of the settlement and payment of contingency attorney fees from her share is not subject to this petition to approve minor's compromise.

Minor Plaintiff D.C.M. is to receive $212,500 share of the global settlement. (Mayfield Decl., ¶6; Wenning Decl., ¶6) Plaintiff's counsel, the Law Offices of Vincent W. Davis & Associates, are to receive twenty-five percent (25%) of the minor's share, or a total of $53,000 to be paid to Plaintiffs' counsel from the minor's share of the global settlement. (*Id.*)

| | |
|---|---|
| Minor D.C.M.'s Share: | $212,500.00 |
| 25% Contingency Fee: | -$53,000.00 |
| D.C.M's share in litigation costs | -$891.55 |
| Remaining Balance for Minor D.C.M. | $158,608.45 |

- 6 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

Total costs of litigation are $1,783.09 - D.C.M.'s share of the costs is 50% or $891.55.

$212,500 less $53,000 attorney fee is $159,500

$159,500 less $ $891.55 is $158,608.45 which is D.C.M.'s net share of the Settlement sum.

As set forth above, the net balance of proceeds payable to minor Plaintiff D.C.M. after attorneys' fees and costs are deducted will be $156,608.45. (Mayfield Decl., ¶7; Wenning Decl., ¶7)  Plaintiff is not aware of any other liens, expenses, or deductions from the minors' shares of the settlement.

6.    **SUMMARY**

The global settlement to all Plaintiff is $425,000.00, to be divided as follows: $212,500 to Shiela Mayfield; and $212,500 to plaintiff D.C.M. The settlement share of adult Plaintiff Shiela Mayfield is not subject to this petition. The remaining $212,500 share to D.C.M. is subject to this petition.  Plaintiffs' counsel shall receive twenty-five percent (25%) of the minor's share, or $53,000 total. Minor D.C.M. shall receive a net balance of $158,608.45, after attorneys' fees and costs are deducted from his share of the settlement.

7.    **INFORMATION ABOUT ATTORNEY**

**REPRESENTING OR ASSISTING PLAINTIFFS**

Plaintiff has been represented and assisted by an attorney in preparing this petition with respect to the claim asserted. (Mayfield Decl., ¶8; Wenning Decl., ¶8) Plaintiff and the attorney do have an agreement for services provided in connection with the claim giving rise to this petition. (*Id.*)

The attorneys who have represented and assisted the plaintiffs are the Law Offices of Vincent W. Davis at 150 N. Santa Anita Ave., Suite 200, Arcadia,

- 7 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles. etc., et. al.
Case No. 2:19-cv-01298-FMO (SKx)

California 91006 Telephone: (626) 446-6442 Facsimile: (626) 446-6454. (Mayfield Decl., ¶9; Wenning Decl., ¶9) The principal of the firm is Vincent W. Davis, Esq., with State Bar Number 125399. (*Id.*).

The attorneys have not received attorney fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to Plaintiffs. (Mayfield Decl., ¶10; Wenning Decl., ¶10)

The attorneys did not become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier. (Mayfield Decl., ¶ 11; Wenning Decl., ¶ 11)

The attorneys are not represented or employed by any other party, except for the other co-plaintiff, or any insurance carrier involved in the matter. (Mayfield Decl., ¶12; Wenning Decl., ¶12)

The attorneys do not expect to receive attorneys' fees or other compensation to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to Plaintiffs. (Mayfield Decl., ¶13; Wenning Decl., ¶13)

## 8.    DISPOSITION OF BALANCE OF PROCEEDS OF SETTLEMENT

Plaintiff requests that the balance of the proceeds of the settlement be disbursed as follows:

There is no guardianship of the estate of the minors. (Mayfield Decl., ¶14) Plaintiff requests that the balance of the proceeds be disbursed as follows:

The funds shall be kept in a blocked account, to be opened by Guardian Ad Litem Shiela Mayfield, for the benefit of the minor, pursuant to Court Order *(Local Rule 17-1.5)*. The funds shall be so held until such time as minor Plaintiff D.C.M. attains the age of 21; at which time the funds shall be distributed to him pursuant to Court Order.

- 8 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

9.    **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully submits that it would be appropriate to approve the pending settlement of the minor D.C.M.'s claims as set forth hereinabove.

Respectfully submitted,

Dated: July 29 2020

LAW OFFICE OF VINCENT W. DAVIS & ASSOCIATES

By: _Edna V. Wenning_

Vincent W. Davis, Esq.
Edna V. Wenning, Esq.
Attorneys for Plaintiff

- 9 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc. et. al.
Case No. 2:19-cv-01298 FMO (SKx)

## DECLARATION OF SHELIA MAYFIELD

I, SHELIA MAYFIELD, declare as follows:

1.      I am a Plaintiff in the herein action, both on my own behalf and as *Guardian Ad Litem* for my son identified as D.C.M. herein. If called as a witness, I could and would competently testify to the following facts, all of which are within my personal knowledge, except as to those matters alleged on information and belief.

2.      I participated in the telephonic settlement conference/mediation held on June 16, 2020 before Hon. Judge Patrick Walsh, when a settlement was reached for the total sum of $425,000.00, to be divided between claimants as follows: $212,500.00 to declarant and $212,500 to minor plaintiff D.C.M.

3.      On my own part and as Guardian ad litem for D.C.M. and through my counsel of record, I have made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident in which the claimants, minor plaintiff D.C.M., was injured; the responsibility for the incident; and the nature, extent, and seriousness of the claimant's injuries. I fully understand that if the compromise proposed in this petition is approved by the Court and is consummated, the claimants will be forever barred from seeking any further recovery of compensation from the settling Defendants even though the claimant's injuries may in the future appear to be more serious than they are now thought to be.

4.      The terms of the settlement and retainer agreement provide that the settlement is to be divided as follows: $212,500.00 to myself less attorney fees and costs and $212,500.00 to Minor Plaintiff D.C.M. less attorney fees and costs. Payment will be made via settlement draft(s) in the total amount of the settlement made payable to myself Plaintiff D.C.M., a Minor, by and through myself as Guardian Ad litem through the Law Offices of Vincent W. Davis & Associates' Client Trust Account. Defendants

- 10 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

indicated that the settlement requires Board approval and based on information and belief, defendants will recommend and exert their best efforts to seek Board approval of this settlement. I am not aware of any medical liens on the recovery in this action.

5.    I am an adult and my share of the settlement and payment of contingency attorneys' fees from my share is not subject to this petition to approve minor's compromise.

6.    Minor plaintiff D.C.M. is to receive $212,500.00 share of the global settlement. Plaintiff's counsel, the Law Offices of Vincent W. Davis & Associates, are to receive twenty-five percent (25%) of the minor's share for a total of $53,000 to be paid to Plaintiffs' counsel from the minor's share of the global settlement.

| | |
|---|---|
| Minor D.C.M.'s Share: | $212,500.00 |
| 25% Contingency Fee: | -$53,000.00 |
| D.C.M's share in litigation costs | -$891.55 |
| Remaining Balance for Minor D.C.M. | $158,608.45 |

Total costs of litigation are $1,783.09 – D.C.M.'s share of the costs is 50% or $891.55.

$212,500 less $53,000 attorney fee is $159,500

$159,50 less $ $891.55 is $158,608.45 which is D.C.M.'s net share of the Settlement sum.

7.    The net balance of proceeds payable to minor Plaintiff J.C. after attorneys' fees are deducted will be $158,608.45 to minor D.C.M. I am not aware of any other liens, expenses, or deductions from the minor's share of the settlement.

- 11 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

8.     I have been represented and assisted by an attorney in preparing this petition with respect to the claim asserted. My attorneys and I have an agreement for services provided in connection with the claim giving rise to this petition.

9.     The attorneys who have represented and assisted me are the Law Offices of Vincent W. Davis at 150 N. Santa Anita Ave., Suite 200, Arcadia, California 91006 Telephone: (626) 446-6442 Facsimile: (626) 446-6454. The principal of the firm is Vincent W. Davis, Esq., with State Bar Number 125399.

10.    The attorneys have not received attorney fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to me.

11.    The attorneys did not become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier.

12.    The attorneys are not represented or employed by any other party, except for the other co-plaintiffs, or any insurance carrier involved in the matter.

13.    The attorneys do not expect to receive attorney fees or other compensation to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to plaintiffs.

14.    There is no guardianship of the estate of the minors.  I request that the balance of the proceeds be disbursed as follows:

The funds shall be kept in a blocked account to be opened by Guardian Ad Litem Shiela Mayfield, for the benefit of the minor, pursuant to Court Order ( *Local Rule 17-1.5)*. The funds shall be so held until such time as minor Plaintiff D.C.M. attains the age of 21; at which time the funds shall be distributed to him pursuant to Court Order.

- 12 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc. , et. al.
Case No. 2:19-cv-01298 FMO (SKx)

DocuSign Envelope ID: C39F1E3B-47B7-4D88-9AB1-2907864189ED

FAX No.

P. 002

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3        Executed this 20th day of July, Los Angeles, California.

4

5

6                                    Shiela Mayfield, Declarant
                                     Shella
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        - 4 -
28    Petition to Approve Minor's Compromise
      Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
      Case No. 2:19-cv-01298 FMO (SKx)

## DECLARATION OF EDNA V. WENNING

1, EDNA V. WENNING, declare as follows:

1.    I am associated with the Law Offices of Vincent W. Davis & Associates, counsel for Plaintiff in the herein action. If called as a witness, I could and would competently testify to the following facts, all of which are within my personal knowledge, except as to those matters alleged on information and belief.

2.    I participated in the telephonic settlement conference/mediation held on June 16, 2020 before Hon. Judge Patrick Walsh when a settlement was reached for the total sum of $425,000.00, to be divided between the plaintiff(s) as follows: $212,500.00 to Plaintiff Shelia Mayfield and $212,500.00 to Minor Plaintiff D.C.M.

3.    I have made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident in which the claimant, minor plaintiff D.C.M. was injured; the responsibility for the incident; and the nature, extent, and seriousness of the claimant's injuries. I fully understand that if the compromise proposed in this petition is approved by the Court and is consummated, the claimant will be forever barred from seeking any further recovery of compensation from the settling Defendants even though the claimant's injuries may in the future appear to be more serious than they are now thought to be.

4.    The terms of the settlement provide that the settlement funds will be divided between the plaintiff(s) as follows: $212,500.00 to Plaintiff Shelia Mayfield and $212,500.00 to Minor Plaintiff D.C.M.  Payment will be made via settlement draft(s) in the total amount of $425,000 to Plaintiff through the Law Offices of Vincent W. Davis & Associates' Client Trust Account. Defendants indicated that the settlement requires Board approval and based on information and belief, defendants will recommend and exert their best efforts in seeking Board approval of this settlement. I am not aware of any medical liens on the recovery in this action.

- 14 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

5.      I have reviewed the Declaration of Plaintiff Shelia Mayfield filed herewith and agree and concur with its contents as to the itemization and apportionment of the settlement proceeds and attorney fee contingency.

6.      Minor Plaintiff D.C.M. is to receive $212,500.00 share of the global settlement. My firm is to receive twenty-five percent (25%) of the minor's share for a total of $53,000 to be paid to my firm from the minor's share of the global settlement.

7.      The net balance of proceeds payable to minor Plaintiff D.C.M. after attorneys' fees and costs of $53,891.55 are deducted will be $158,608.45. I am not aware of any other liens, expenses, or deductions from the minor's share of the settlement.

8.      My firm and I have represented Plaintiff Shelia Mayfield and assisted her in preparing this petition with respect to the claims asserted. My firm and I have an agreement for services provided to Plaintiff in connection with the claim giving rise to this petition.

9.      My firm's information is as follows: The Law Offices of Vincent W. Davis at 150 N. Santa Anita Ave., Suite 200, Arcadia, California 91006 Telephone: (626) 446-6442 Facsimile: (626) 446-6454. The principal of said firm, Vincent Davis has  State Bar Number 125399.   Declarant's State Bar number is 130377.

10.     My firm and I have not received attorney fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to Plaintiffs not subject to this petition.

11.     My firm and I did not become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier.

- 15 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

12.     My firm and I are not represented or employed by any other party, except for the other co-plaintiffs, or any insurance carrier involved in the matter.

13.     My firm and I do not expect to receive attorney fees or other compensation to that requested in this petition for services provided in connection with the claim giving rise to this petition, except for the contingency fees payable from the separate shares of the settlement payable to Plaintiffs not subject to this petition.

14.     I respectfully request that this petition to confirm minors' compromise be granted by the Court accordingly.

I declare the above to be true under penalty of perjury under the laws of the United States of America.

Executed this 20th day of July 2020 at Arcadia, California.

Edna V. Wenning, Declarant

- 16 -

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et. al.
Case No. 2:19-cv-01298 FMO (SKx)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 North Santa Anita Avenue, Suite 200, Arcadia, California 91106. On July 20, 2020 I electronically filed the document(s) entitled **NOTICE OF PETITION AND PETITION TO APPROVE COMPROMISE OF MINOR D.C.M.'S CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHELIA MAYFIELD; DECLARATION OF EDNA WENNING IN SUPPORT OF PETITION AND PROPOSED ORDER** with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by this court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on July 20  2020, at Arcadia, California.

Edna V. Wenning

- 17

Petition to Approve Minor's Compromise
Shiela Mayfield, etc., et al. v. County of Los Angeles, etc., et al.
Case No. 2:19-cv-01298 FMO (SKx)