1  Vincent W. Davis, Esq. (SBN 125399)
2  Edna V. Wenning, Esq. (SBN 130377)
   Law Offices of Vincent W. Davis & Associates
3  150 N. Santa Anita Avenue, Suite 200                    JS-6
4  Arcadia, CA 91006
   Phone: (626)446-6442
5  Facsimile (626) 446-6454
6  Attorneys for Plaintiffs SHIELA MAYFIELD and
7  D.C.M. a minor, by and through his Guardian ad Litem, SHIELA MAYFIELD

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  SHIELA MAYFIELD and D.C.M., a          )  **Case No.: 2:19-cv 01298-FMO-SK**
    minor, by and through his GAL          )
13  SHIELA                                 )  Assigned to the Honorable Fernando
14  MAYFIELD,                              )  M. Olguin
                                           )
15               Plaintiffs               )
16                                         )  **ORDER ON PETITION TO**
                                           )  **APPROVE COMPROMISE OF**
17  v.                                     )  **MINOR D.C.M'S CLAIM**
                                           )
18  COUNTY OF LOS ANGELES, by              )
19  and through THE LOS ANGELES            )
    COUNTY DEPARTMENT OF                   )
20  CHILDREN AND FAMILY                    )  Date:    November 4, 2020
    SERVICES; STEPHANIE                    )  Time:    10:00 a.m.
21  CARPENTER, an individual; LESLIE       )  Dept:    Courtroom 6D
22  L. GOWDY, and individual and           )
    KATRINA R. BRUZZEESE, an               )
23  individual  and DOES 1 through 200,    )
24  inclusive,                             )
                                           )
25                                         )
26               Defendants               )
                                           )
27                                         )
28  _____   )

                              1

1

2        The Court, having reviewed the Petition to Approve Compromise of Minor

3    D.C.M.'s Claim and supporting declarations filed by plaintiffs:

4        The Court finds, adjudges and orders as follows:

5        1.    That the Petition is hereby **GRANTED**.  The hearing on the Petition,

6              scheduled for November 4, 2020, at 10:00 a.m. is hereby **vacated**.

7        2.    The court finds that all noticed required by law have been given.

8        3.    IT IS FURTHER ORDERED as follows:

9              A.    That the Court approves the settlement of $212,500.00 for

10   minor plaintiff D.C.M. to be distributed as follows:

11                        Medical expenses of $2,459.62 to be paid to

12                        California Victim Compensation Board;

13                        Litigation costs of $891.55 to be paid to the

14                        Law Offices of Vincent W. Davis & Associates;

15

16                        Attorney fees of $53,000 to be paid to the

                          Law Offices of Vincent W. Davis & Associates;

17

18                        The remaining sum of $156,148.83 to be paid to the

                          Minor D.C.M, by and through his Guardian ad Litem

19                        Shiela Mayfield to be held in a minor's trust fund for the

20                        benefit of the minor subject to withdrawal only upon the

                          authorization of the Court until he attains the age of majority.

21                        The funds are to remain in an interest-accruing trust

22                        account during that time.

23

24       4.    The matter to be dismissed concurrent with the approval of this

              minor's compromise and signing of this order.

25   **IT IS SO ORDERED.**

26   DATED:  September 21, 2020

27                        _____
                                   /s/
                         **HON. FERNANDO M. OLGUIN**

28

ORDER ON PETITION TO APPROVE COMPROMISE OF MINOR D.C.M.'S CLAIM